Larry Michael LANE, Petitioner-Appellant,

v.

Buster KERN, Sheriff, Respondent-Appellee.

No. 73–1035

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 28, 1974.

Rehearing Denied Feb. 25, 1974.

Michael Thornell, Houston, Tex. (Court-appointed but not under Act), for petitioner-appellant.

Joe S. Moss, Asst. Dist. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GODBOLD and CLARK, Circuit Judges.

PER CURIAM:

After careful consideration of the record in this case it is our opinion that the order of the district court denying the petitioner-appellant's application for habeas corpus relief and other relief

must be vacated and the case remanded to the district court for further proceedings and consideration by that court. Accordingly, it is so ordered.

Vacated and remanded.

James P. THOMPSON, Petitioner,

v.

The UNITED STATES of America, U. S. Department of Transportation and the National Transportation Safety Board, Respondents.

No. 73–2995

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 31, 1974.

Jack Woods, College Station, Tex., for petitioner; James P. Thompson, pro se.

Claude S. Brinegar, Sec. of Transp., U. S. Dept. of Transp., Donald Etra, Morton Hollander, Attys., U. S. Dept. of Justice, Fritz L. Puls, Gen. Counsel, Nat. Transp. Safety Bd., Washington, D. C., for respondents.

Robert C. Nelson, Ft. Worth, Tex., for other interested parties.

Before GEWIN, COLEMAN and MORGAN, Circuit Judges.

PER CURIAM:

After carefully reviewing the order of the Transportation Department of the National Transportation Safety Board, we conclude that the Board's order should be affirmed in all respects.

Affirmed.

---

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409 Part I.

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.